## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

OVER & UNDER PIPING CONTRACTORS, INC.,

      Plaintiff,

  v.

BUCKEYE PIPE LINE COMPANY, L.P.,

      Defendant.

**STIPULATION OF DISMISSAL OF ACTION INCLUDING COUNTERCLAIMS**

CIVIL ACTION NO.: 5:12-cv-00480 (GTS/DEP)

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action including all counterclaims be and the same hereby is dismissed in its entirety without costs to either party as against the other.

Dated: _March 20, 2013_

          Roger W. Bradley, Esq.
          Bar Roll Number 101200
          Attorneys for Plaintiff
          217 South Salina Street
          Suite 700
          Syracuse, New York 13202
          Telephone: (315) 422-1311
          E-mail: rbradley@melvinlaw.com

Dated: _3-20-13_

          N. Curtis Ward, Esq.
          Pennsylvania Attorneys for Defendant
          630 Freedom Business Center - Suite 212
          King of Prussia, Pennsylvania 19406
          Telephone: (610) 265-0800
          Fax: (610) 265-7205

SO ORDERED

March 27, 2013

          Hon. Glenn T. Suddaby, United States Judge